FILED

JAN 25 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

GARJON COLLINS,

        Plaintiff,

v.                                                              Civil Action No. 3:12-CV-74
                                                             (GROH)

M. WEAVER,
Health Administrator, et al.,

        Defendants.

## ORDER GRANTING MOTION TO FILE
## UNREDACTED DOCUMENTS UNDER SEAL

Pending before the Court is Defendants' Motion, made pursuant to the E-Government Act of 2002, to file documents under seal herein. Said documents have been lodged with the Clerk of this Court, pending a ruling thereon by the Court. It appearing to the Court that good cause and sufficient grounds exist for Defendants' Motion, it is accordingly

**ORDERED** that the Motion be **GRANTED** and Defendants' Memorandum, Exhibit 2 and Attachment A to Exhibit 2, filed in support of the <u>DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u> as set forth and identified in Defendants' Motion and currently lodged with the Clerk of this Court, be filed **UNDER SEAL** by the Clerk to be retained by the Court as part of the record herein.

The Clerk is directed to provide an electronic copy of this Order to all counsel of record and mail a copy to Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**IT IS SO ORDERED.**

DATED: January 25, 2013

                                                            UNITED STATES MAGISTRATE JUDGE